IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADFORD McARTHUR,

        Plaintiff,                    No. CIV S-05-2636 LKK PAN P

    vs.

CITY OF TAFT POLICE DEPT.,
et al.,

        Defendants.            ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.[1] In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

---

[1] On February 13, 2006, plaintiff filed a notice of change of address. It appears from that notice that plaintiff may have been released from custody, although that is not entirely clear from the notice.

1

1  court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
2  request to proceed in forma pauperis.
3          Good cause appearing, IT IS HEREBY ORDERED that:
4          1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
5          2. This action is transferred to the United States District Court for the Eastern
6  District of California sitting in Fresno; and
7          3. All future filings shall reference the new Fresno case number assigned and
8  shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

12  DATED: February 17, 2006.

            _____
            UNITED STATES MAGISTRATE JUDGE

12
mcar2636.22